**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2387**

FREDA G. BOLLING,

                    Plaintiff – Appellant,

          v.

VIRGINIA DEPARTMENT OF HEALTH,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, Senior
District Judge.  (3:12-cv-00593-REP-DJN)

Submitted:  April 29, 2014                Decided:  May 2, 2014

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Freda G. Bolling, Appellant Pro Se.  Gregory Clayton Fleming,
Senior Assistant Attorney General, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Freda G. Bolling appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to Defendant in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Bolling v. Virginia Dep't of Health, No. 3:12-cv-00593-REP-DJN (E.D. Va. Oct. 17, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED